GOTTLIEB & ASSOCIATES PLLC
ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

July 20, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application **granted**. The initial conference scheduled for July 28, 2026, at 3:00 P.M. is **ADJOURNED** to **September 1, 2026**, at **3:00 P.M.** The deadline for the parties to file the joint letter and proposed case management plan is **ADJOURNED** from July 21, 2026, to **August 25, 2026**.

Dated: July 21, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Hedges v. Brewery Ommegang Ltd.*
Case No.: 1:26-cv-4839

Dear Judge Schofield,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for July 28, 2026, at 3:00 p.m., and a corresponding extension of the deadline to submit the required pre-conference materials.

Although Plaintiff has previously communicated with counsel for Defendant, counsel has not yet appeared in this action and Plaintiff has been unable to reach counsel to prepare the joint submissions due tomorrow. Plaintiff therefore requests that the conference and related submission deadline be adjourned for approximately thirty days. This is Plaintiff's first request for an adjournment

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.