KUTAKROCK

**Kutak Rock LLP**
100 No. 18th Street, Suite 1920, Philadelphia, PA 19103-4104
office 215.299.4384

**Christopher G. Yu**
215.299.4384
christopher.yu@kutakrock.com

August 21, 2026

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re:* *Hedges v. Brewery Ommegang Ltd.*
Case No.: 1:26-cv-04839

Dear Judge Schofield,

We represent Defendant Brewery Ommegang Ltd. ("Defendant") in the above-referenced matter. Defendant respectfully requests an adjournment of the initial conference currently scheduled for September 1, 2026 at 3:00 PM, and a corresponding extension of the deadline to submit the required pre-conference materials.

On August 13, 2026, the Waiver of Service was filed with the Court (Doc. No. 9). Given that the deadline to serve a response to the Complaint is October 9, 2026, Defendant respectfully requests the initial conference to be scheduled for a date after the response deadline. Plaintiff does not object to this request and consents to the adjournment. This is Defendant's first request for an adjournment.

Respectfully submitted,

KUTAK ROCK LLP

*/s/ Christopher G. Yu*
Christopher G. Yu

Application **GRANTED in part and DENIED in part**. The conference scheduled for September 1, 2026, is adjourned to **September 15, 2026, at 3:00 P.M.** The deadline to submit the joint letter and proposed case management plan is adjourned to **September 8, 2026**. The Court typically does not adjourn the initial conference pending a response to the Complaint. The conference will be waived if there are no issues that require immediate discussion.

Dated: August 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE